368 A.2d 270

**COMMONWEALTH of Pennsylvania**

v.

**Ruth Geneva ROBINSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 20, 1976.

Decided April 28, 1977.

William T. Shulick, Blairsville, for appellant.

Walter S. Vuckovich, Dist. Atty., Indiana, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.

JONES, former C. J., did not participate in the decision of this case.